

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Wayne Elijah Jones

Plaintiff,

V.

See Attachment

Defendant.

Civil Action No. 21-cv-01972-JAH-JLB

**JUDGMENT IN A CIVIL CASE**

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this civil action without prejudice based on Plaintiff's failure to prosecute by paying the civil filing fee or submitting a properly supported in forma pauperis application as required by Court's November 23, 2021, Order.

Date: 4/13/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Yeager

S. Yeager, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 21-cv-01972-JAH-JLB

Oceanside Police Department; Detective Erik Ellgard, Detective Police; Kaldenbach #1333, Police Officer; Schmit, Police Officer; Officer Pena, Police Officer;